# United States District Court

NORTHERN _____ DISTRICT OF FLORIDA _____

UNITED STATES OF AMERICA
V.

David Darnell JOHNSON
D.O.B. 04/28/1986

## WARRANT FOR ARREST

CASE NUMBER: 3:06 mj 86/mc

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  David Darnell JOHNSON _____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Possess with Intent to Distribute over Five Kilograms of Cocaine and 50 Grams of Crack Cocaine

in violation of Title _____ 21 _____ United States Code, Section(s) 841 & 846

Miles Davis
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U. S. Magistrate Judge
Title of Issuing Officer

Pensacola, FL
Date and Location

5-15-06

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at M. Han. F

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/15/2006 | SA Crowder, L. Cose | Crowder L C |
| DATE OF ARREST | | |
| 05/16/2006 | | |