FLN (Rev. 3/2007) Deficiency Order  Page 1 of 1
3:06cr66LAC - UNITED STATES OF AMERICA vs. DAVID JOHNSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                 Case No.3:06cr66LAC

DAVID JOHNSON

## ORDER

Your document, **MOTION REQUESTING RELEVANT DOCUMENTS**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 26th day of September, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE