# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:06cr66 LAC

DAVID JOHNSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 26, 2008
Motion/Pleadings:  MOTION REQUESTING RELEVANT DOCUMENTS
Filed by  DEFENDANT PRO SE   on 9/26/08   Doc.# 284

RESPONSES:

                                   on            Doc.#
                                   on            Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   *s/Mary Maloy*
LC (1 OR 2)                   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) A statement of race is not asked for on any jury selection questionnaire. (See enclosed summons for jury service with jury information form and juror questionnaire.)*

                                               *s/L.A. Collier*
                                               **LACEY A. COLLIER**
                                   *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                   Document No.